# NS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

③

CIVIL ACTION NO. 05-cv-4557

vs.

Darryl Munray    Allen Weinstein

ENTERED

AUG 3 1 2005

CLERK OF COURT



COMPLAINT

The N.A.R.A. wrongfully terminated my employment for a false charge of insubordination and making a threatening remark.