# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL MURRAY | : | CIVIL ACTION |
| v. | : | |
| JOHN McEVOY, DIRECTOR, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, MID-ATLANTIC REGION; DAVID ROLAND, ASSISTANT DIRECTOR; and ALLEN WEINSTEIN, ARCHIVIST | : | NO. 05-4557 |

## ORDER

**AND NOW**, this 23rd day of March, 2006, it appearing that:

a. On August 29, 2005, plaintiff, Darryl Murray, filed a motion to proceed *in forma pauperis*.

b. By Order of August 31, 2005, the court granted plaintiff leave to proceed *in forma pauperis*, but dismissed his complaint for failure to state a claim for which relief might be granted.

c. By Order of October 19, 2005, the court directed that plaintiff's "Requested Amended Action to Civil Case 05-4557" be deemed an amended complaint and be filed of record. The court also granted plaintiff's request for appointment of counsel and directed that an attorney from the Plaintiffs' Attorney Employment Panel Program be appointed to represent him. The case was placed in administrative suspense pending appointment of counsel.

d. The court has been advised that numerous unsuccessful attempts have been made to find an attorney to represent plaintiff.

It is therefore **ORDERED** that:

1. This case is **REMOVED** from administrative suspense.

2. Paragraphs 3 and 4 of this court's Order of October 19, 2005, directing that counsel from the Plaintiffs' Employment Attorney Panel Program be appointed to represent plaintiff are **VACATED**.

3. Plaintiff shall proceed *pro se* unless he is able to find an attorney to represent him.


                                          /s/ Norma L. Shapiro
                                                                                    S. J.