IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL MURRAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID S. FERRIERO, Archivist of the United States, National Archives and Records Administration | : : : | NO. 05-4557 |

ORDER

AND NOW, this 29th day of January, 2013, it having been reported to the court that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is ORDERED that:

1. This case is DISMISSED with prejudice, pursuant to agreement of counsel and pro se plaintiff without costs, AS TO DAVID S. FERRIERO, ARCHIVIST OF THE UNITED STATES, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, THE NAMED DEFENDANT TO THIS ACTION.

2. The Clerk is directed to mark this case CLOSED.

ATTEST:                                                   or            BY THE COURT:


/s/ Madeline F. Ward                                                  /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                                J.