IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL MURRAY : CIVIL ACTION
:
v. :
:
ALLEN WEINSTEIN, et al. : NO. 05-4557

## ORDER

AND NOW, this 4th day of February, 2013, upon consideration of the Plaintiff's January 30, 2013 "Post Settlement Letter" addressed to the Archivist of the United States, and the February 4, 2013 letter from Defendants' Counsel asking for a follow-up conference with the parties to determine Plaintiff's intent regarding the settlement agreement he signed on January 29, 2013, it is hereby **ORDERED** that:

I will hold a **follow-up conference** on **February 13, 2013 at 11:00 a.m.** in Judge Shapiro's Courtroom, Courtroom 10-A, Tenth Floor, United States Courthouse, 601 Market Street, Philadelphia, PA. Plaintiff and Counsel for Defendants **must** appear on February 13, 2013 at 11:00 a.m. in Courtroom 10-A. Plaintiff is to be prepared to testify as to his intent in writing the January 30, 2013 Post Settlement Letter and specifically whether it is intended to revoke the signed January 29, 2013 Stipulation for Compromise Settlement.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By email to: the Honorable Norma L. Shapiro
Gerald B. Sullivan, Esq.    Gerald.Sullivan@USDOJ.gov
By certified mail, return
receipt requested to: Darryl Murray
112 W. Champlost Ave.
Philadelphia, PA   19120