IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL MURRAY : CIVIL ACTION

v.

DAVID S. FERRIERO
Archivist of the United States, National
Archives and Records Administration : NO. 05-4557

FILED
FEB 15 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 15th day of February, 2013, it is ORDERED that the within document is filed under seal and impounded until further Order of the court.

/s/ Norma L. Shapiro
J.

ENTERED
FEB 15 2013
CLERK OF COURT